No. 286. J. W. THOMPSON *v.* R. B. DAY, SHERIFF AND TAX COLLECTOR, ET AL. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted November 10, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *United Surety Co.* v. *American Fruit Co.*, 238 U. S. 140, 142; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. William C. Marshall* and *Mr. T. Jones Cross* for plaintiff in error. *Mr. Harry P. Sneed* and *Mr. A. V. Coco* for defendants in error.

---

No. 354. NATIONAL COUNCIL JUNIOR ORDER UNITED AMERICAN MECHANICS *v.* CATHERINE A. NICODEMUS. Error to the Supreme Court of the State of Colorado. Motion to dismiss or affirm submitted November 11, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. George P. Steele* for plaintiff in error. *Mr. Fred Herrington, Mr. William D. Wright* and *Mr. William D. Wright, Jr.,* for defendant in error.

---

No. 438. RUDOLPH ERNEST TIEDEMANN *v.* GERTRUDE ELEANOR TIEDEMANN. Error to the Supreme Court of the State of New York. Motion to dismiss or affirm submitted November 10, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Homer S. Cummings* and *Mr. Nash Rockwood* for plaintiff in error. *Mr. Elijah N. Zoline* and *Mr. Louis J. Vorhaus* for defendant in error.